UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CAROLYN J. MARCUM, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-cv-122 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

### FINAL JUDGMENT ORDER

This case came before the Court on Plaintiff's Motion for Judgment on the Pleadings [Doc. 7] and the Commissioner's Motion for Summary Judgment [Doc. 11]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions,

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing, and that Plaintiff's social security appeal be **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this  20th  day of September, 2011.

    PATRICIA L. MCNUTT
        Clerk of Court